694    NEBRASKA REPORTS.    [Vol. 86

Moor v. Keck.    Occidental Building & Loan Ass'n v. McGrew.

JOSEPH P. MOOR, TRUSTEE, APPELLANT, V. MOSES H. KECK
ET AL., APPELLEES.

FILED MAY 2, 1910.  No. 15,998.

REHEARING of case reported in 84 Neb. 550. *Reversed with directions.*

PER CURIAM.

The facts in this case are substantially the same as in the case of *Hotchkiss v. Keck,* 84 Neb. 545. It is therefore ordered that our former judgment in this case (84 Neb. 550) be vacated and set aside; that the judgment of the district court be reversed and the cause remanded, with instructions to make the injunction perpetual, as prayed in plaintiff's petition.

REVERSED.